NELLY BROWN OWENS and PERCY R. OWENS, Appellants, v. B. ALTMAN & Co., Respondent, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of MAX. BARSKY, INC., Assignor, Respondent, to HARRY R. UPRIGHT, Assignee, Respondent. ZUSMAN ALPERT and Others, Creditors, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements to the assignee-respondent. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

WILLIAM H. HAMILTON, Appellant, v. ANDREW W. B. INVERFORTH and Others, Individually and as Executors and Trustees, etc., of THOMAS J. LIPTON, Deceased, Defendants. HENRY A. SNELLING, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Callahan, J., taking no part.

In the Matter of the Application of MITSUI & Co., LTD., Appellant, for an Order Directing that an Arbitration Proceed between the Said MITSUI & Co., LTD., and S. BLECHMAN & SONS, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of ROBERT L. OWEN and Others, Constituting the Bondholders Committee for the Republic of Colombia Dollar Bonds, Petitioners, Respondents, for an Order Directing HARRY H. MOORE and Others, Appellants, to Furnish Petitioners with a List of the Names and Addresses of All Bondholders of Republic of Colombia 6% External Sinking Fund Gold Bonds, Dated July 1, 1927. (In re ROBERT L. OWEN, etc.,— Republic of Colombia 6% External Sinking Fund Gold Bonds of 1928, Dated April 1, 1928.) (2 Appeals.) — Orders unanimously affirmed, with twenty dollars costs and disbursements to the respondents, the list or lists of bondholders to be furnished within twenty days after service of order. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

LOUISE R. NEWINS, Respondent, v. HARVEY B. NEWINS and EDNA JAMES NEWINS, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

FANNIE ROSENBLAT and ABRAHAM ROSENBLAT, Respondents, v. JULIUS FELS, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

RENE MULLER, Appellant, v. EDWIN O. HOLTER and SARAH SAGE HOLTER, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.